IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARISELA ALIZETH LAGOS ZEPEDA** and A.K.A.L. (a minor) Petitioners, | : : : : : | |
| v. | : | Civ. No. 16-3734 |
| **U.S. DEPARTMENT OF HOMELAND SECURITY et al.,** Respondents. | : : : : | |

## ORDER OF TEMPORARY STAY OF REMOVAL

**AND NOW**, this 13th day of July, 2016, it is hereby **ORDERED** that the removal of Petitioners Marisela Alizeth Lagos Zepeda, and her minor child, in the above-captioned case is **STAYED** temporarily pending the Third Circuit's forthcoming decision in case number 16-1339, reviewing <u>Castro v. U.S. Dep't of Homeland Sec.</u>, No. CV 15-6153, 2016 WL 614862 (E.D. Pa. Feb. 16, 2016). Petitioners' Emergency Motion for a Stay of Removal is **GRANTED**. (Doc. No. 3.)

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.